**UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
GEORGIA VALDOSTA DIVISION**

**NILSON BARAHONA, NIKOLAS GAZETAS,
and OMAR ISAIAS TAVIR GARCIA,**

     *Plaintiffs,*

**VS.**                                    **CIVIL ACTION NO. 7:23-cv-00024-HL**

**LASALLE MANAGEMENT COMPANY, LLC
d/b/a LASALLE CORRECTIONS, LASALLE
CORRECTIONS, LLC, LASALLE
SOUTHEAST, LLC, and IRWIN COUNTY
DETENTION CENTER,**

     *Defendants.*

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

THIS DAY this cause having come on to be heard on the *Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint* of the Defendants, LaSalle Management Company, LLC d/b/a LaSalle Corrections, LaSalle Corrections, LLC, LaSalle Southeast, and Irwin County Detention Center (collectively, the "Defendants"), seeking an extension of time to file their responsive pleadings, and the Court being fully advised in the premises and Plaintiffs stating no objection to said *Motion*, the Court hereby finds that it is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the Defendants are granted an additional thirty (30) days to file responsive pleadings to Plaintiffs' Complaint, up to and including May 8, 2023 to serve their responsive pleadings in this matter.

**SO ORDERED**, this __10th__ day of April, 2023.


                                      s/Hugh Lawson
                                      UNITED STATES DISTRICT JUDGE