## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

NILSON BARAHONA, NIKOLAS
GAZETAS, and OMAR ISAIAS TAVIRA
GARCIA,

    *Plaintiffs,*

  v.

LASALLE MANAGEMENT COMPANY,
LLC d/b/a LASALLE CORRECTIONS,
LASALLE CORRECTIONS, LLC,
LASALLE SOUTHEAST, LLC, and IRWIN
COUNTY DETENTION CENTER,

    *Defendants.*

**CLASS ACTION**

Jury Trial Demanded

No. 7:23-cv-00024-HL

### ORDER TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME
### TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (DOCKET NOS. 16-18)

The above captioned matter having come before the Court pursuant to the Assented to Motion of Plaintiffs for an Extension of Time to Respond to Defendants' Motions to Dismiss (Docket Nos. 16-18, the "Motion"), filed by the parties hereto, and in light of the arguments contained in the Motion, after due consideration and for good cause shown, the Motion is hereby **GRANTED.**

It is hereby ORDERED that Plaintiffs' deadline to respond to Defendants' Motions to Dismiss is extended through and including **June 16, 2023**.

SO, ORDERED, this 22nd day of May, 2023.

          *s/ Hugh Lawson*
          JUDGE HUGH LAWSON
          United States District Senior Judge