# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

NILSON BARAHONA, NIKOLAS GAZETAS, and OMAR ISAIAS TAVIRA GARCIA,

     *Plaintiffs,*

  v.

LASALLE MANAGEMENT COMPANY, LLC d/b/a LASALLE CORRECTIONS, LASALLE CORRECTIONS, LLC, LASALLE SOUTHEAST, LLC, and IRWIN COUNTY DETENTION CENTER,

     *Defendants.*

**CLASS ACTION**

Jury Trial Demanded

No. 7:23-cv-00024-HL

## ORDER ON MOTION OF PLAINTIFFS TO  MODIFY THE COURT'S ORDER [DOCKET NO. 27] AND ENLARGE THE TIME TO FILE AN AMENDED COMPLAINT

The above captioned matter having come before the Court pursuant to the Motion of Plaintiffs to Modify the Court's Order [Docket No. 27] and Enlarge the Time to File an Amended Complaint, and in light of the arguments contained in the Motion, after due consideration and for good cause shown, the Motion is hereby **GRANTED.**

It is hereby ORDERED that Plaintiffs' deadline to file an Amended Complaint is **June 16, 2023**.

SO, ORDERED, this 30th day of May, 2023.

                                *s/ Hugh Lawson*
                                JUDGE HUGH LAWSON
                                United States District Senior Judge