**UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
GEORGIA VALDOSTA DIVISION**

**NILSON BARAHONA, NIKOLAS GAZETAS,
and OMAR ISAIAS TAVIR GARCIA,**

     *Plaintiffs,*

**VS.**                                   **CIVIL ACTION NO. 7:23-cv-00024-HL**

**LASALLE MANAGEMENT COMPANY, LLC
d/b/a LASALLE CORRECTIONS, LASALLE
CORRECTIONS, LLC, LASALLE
SOUTHEAST, LLC, and IRWIN COUNTY
DETENTION CENTER, LLC, CGL IRWIN
PROPERTIES, LLC, and CGL/LASALLE
IRWIN PROPERTIES, LLC**

     *Defendants.*

---

**MOTION TO DISMISS ON BEHALF OF LASALLE MANAGEMENT COMPANY,
L.L.C. AND LASALLE CORRECTIONS, LLC PURSUANT TO RULE 12(b)(2)
AND RULE 12(b)(6)**

---

COME NOW, Defendants, LaSalle Management Company, L.L.C. and LaSalle

Corrections, LLC (collectively "Defendants"), specially appearing for the purpose of contesting

this Court's exercise of jurisdiction over them, and seeking dismissal from this lawsuit because

they are not subject to the jurisdiction of this Honorable Court.  Defendants accordingly file this

*Motion to Dismiss Pursuant to Rule 12(b)(2) and Rule 12(b)(6),* seeking the dismissal. Defendants

are not subject to jurisdiction in this Honorable Court, or in the alternative, because Plaintiffs have

failed to allege supplemental claims to maintain this lawsuit against the Defendants. The following facts demonstrate that Defendants are not subject to the jurisdiction of this Honorable Court[1]:

1.      LaSalle Management Company, L.L.C., and LaSalle Corrections, LLC, bring the instant *Motion to Dismiss* in order to contest this Court's exercise of personal jurisdiction over them.

2.      Despite the allegations of the *First Amended Complaint*, neither LaSalle Management Company, L.L.C., nor LaSalle Corrections, LLC, operate the Irwin County Detention Center.

3.      The Irwin County Detention Center is operated by LaSalle Southeast, LLC and all correctional activities performed in the State of Georgia by any LaSalle-branded entity are performed by LaSalle Southeast, LLC.

4.      LaSalle Corrections, LLC is registered to do business with the Louisiana Secretary of State's Office. It does not engage in any business and does not have any contacts whatsoever outside of Louisiana.

5.      LaSalle Corrections, LLC is an unused entity.

6.      LaSalle Management Company, L.L.C. (designated in the *First Amended Complaint* as "LaSalle Management Company, LLC d/b/a LaSalle Corrections") is a Louisiana limited liability company, formed under the laws of the State of Louisiana, and with its principle place of business in Louisiana.

---

[1] *See* Exhibit 1, Declaration of Sharon Bennett, LaSalle Management Company, LLC.

7. "LaSalle Corrections" is a trade name owned by LaSalle Management Company, L.L.C. and is registered with the Louisiana Secretary of State's Office. While the trade name "LaSalle Corrections" is registered to LaSalle Management Company, L.L.C., the trade name is widely used to refer to various LaSalle-branded entities performing correctional activities across the United States, such as LaSalle Southeast, LLC.

8. LaSalle Management Company, L.L.C.'s singular contact with the state of Georgia is that it provides virtual accounting and administrative services to LaSalle Southeast, LLC.

9. The accounting and administrative services performed by LaSalle Management Company, L.L.C. to LaSalle Southeast, LLC are not the day-to-day operations and correctional functions performed at the Irwin County Detention Center. All such functions are performed by LaSalle Southeast, LLC.

10. The accounting and administrative services performed by LaSalle Management Company, L.L.C. for LaSalle Southeast, LLC are unrelated to any of the factual allegations contained in the *Complaint*.

11. Neither LaSalle Management Company, L.L.C., nor LaSalle Corrections, LLC,. conduct business in Georgia or perform any correctional activities in Georgia.

12. Neither LaSalle Management Company, L.L.C., nor LaSalle Corrections, LLC, has any knowledge of or connection with the facts alleged in the instant matter.

13. Finally, neither entity has sufficient contacts in Georgia to establish either general or specific personal jurisdiction.

14.    Accordingly, LaSalle Management Company, L.L.C., and LaSalle Corrections, LLC respectfully request that this Court dismiss the allegations of the *First Amended Complaint* levied against them due to lack of personal jurisdiction over these Defendants.

15.    Alternatively, should this Court determine that sufficient contacts exist to establish personal jurisdiction over LaSalle Corrections, LLC and/or LaSalle Management Company, L.L.C., which is denied, these Defendants join in the Rule 12(b)(6) arguments asserted by LaSalle Southeast, LLC, in its *Motion to Dismiss and Memorandum in Support* thereof, and adopt and incorporate those arguments as if fully restated herein.

16.    In support of this *Motion to Dismiss*, LaSalle Corrections, LLC and LaSalle Management Company, L.L.C. direct the Court to the following documents and their *Memorandum in Support* filed herewith:

> **Exhibit 1**—Declaration of Sharon Bennett, LaSalle Management Company, LLC
>
> **Exhibit 2**—Operation, Management, and Maintenance Agreement ("OMMA") (redacted), as referred to in paragraph 23, 26 and footnote 9 of Plaintiff's *First Amended Complaint*

For all of the reasons asserted herein, Defendants, LaSalle Corrections, LLC and LaSalle Management Company, L.L.C., respectfully request that their *Motion to Dismiss* be granted and that Plaintiffs' claims against these Defendants be dismissed with prejudice and at Plaintiffs' costs.

4

THIS 21st day of July, 2023.

Respectfully submitted,

**LASALLE MANAGEMENT COMPANY, L.L.C. and LASALLE CORRECTIONS, LLC**

By:   /s/ Deirdre C. McGlinchey
      DEIRDRE C. MCGLINCHEY
      One of their Attorneys

OF COUNSEL:

DEIRDRE C. MCGLINCHEY (*Pro Hac Vice*)
Louisiana Bar Roll #24167
MAGDALEN BLESSEY BICKFORD (*Pro Hac Vice*)
Louisiana Bar Roll #17472
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com
Email: mbickford@mcglinchey.com

*and*

JOHN T. ROUSE (GA Bar No. 868514)
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

*Counsel for Defendants LaSalle Management Company, L.L.C.*
*and LaSalle Corrections, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

_/s/ Deirdre C. McGlinchey_
DEIRDRE C. MCGLINCHEY

6