**UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
GEORGIA VALDOSTA DIVISION**

**NILSON BARAHONA, NIKOLAS GAZETAS,
and OMAR ISAIAS TAVIR GARCIA,**

    *Plaintiffs,*

**VS.**                                           **CIVIL ACTION NO. 7:23-cv-00024-HL**

**LASALLE MANAGEMENT COMPANY, L.L.C.
d/b/a LASALLE CORRECTIONS, LASALLE
CORRECTIONS, LLC, LASALLE
SOUTHEAST, LLC, and IRWIN COUNTY
DETENTION CENTER, LLC, CGL IRWIN
PROPERTIES, LLC, and CGL/LASALLE
IRWIN PROPERTIES, LLC**

    *Defendants.*

---

## IRWIN COUNTY DETENTION CENTER'S RULE 12(b)(6) MOTION TO DISMISS

---

**COMES NOW,** Defendant, Irwin County Detention Center ("ICDC") (incorrectly identified as Irwin County Detention Center, LLC), which files this *Rule 12(b)(6) Motion to Dismiss* Plaintiffs' *First Amended Complaint* [Doc. 30] and, in support thereof, submits as follows:

1.    Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, ICDC respectfully moves this Court to dismiss the *First Amended Complaint*.

2.    Plaintiffs' claims against ICDC must be dismissed with prejudice because ICDC is not an entity with the capacity to be sued.

3.    Several courts have determined that under Georgia law county detention centers, including ICDC specifically, are not subject to suit.

4.     In support of this *Motion*, ICDC relies on and directs the Court to the *Memorandum in Support* filed herewith.

For all of the reasons set forth herein and in the accompanying *Memorandum in Support*, ICDC respectfully requests that the Court issue an order dismissing Plaintiffs' *First Amended Complaint* against it with prejudice and grant ICDC such further relief that is necessary and just.

THIS, the 21st day of July, 2023.

Respectfully submitted,

**IRWIN COUNTY DETENTION CENTER**

By:    *s/ Deirdre C. McGlinchey*
       DEIRDRE C. MCGLINCHEY
       One of its Attorneys

**OF COUNSEL:**

DEIRDRE C. MCGLINCHEY (requesting appearance *Pro Hac Vice*)
Louisiana Bar Roll #24167
MAGDALEN BLESSEY BICKFORD (requesting appearance *Pro Hac Vice*)
Louisiana Bar Roll #17472
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com
Email: mbickford@mcglinchey.com

and

JOHN T. ROUSE (GA Bar No. 868514)
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

*Counsel for Irwin County Detention Center*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of July, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

 *s/ Deirdre C. McGlinchey*
DEIRDRE C. MCGLINCHEY