**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**NILSON BARAHONA, NIKOLAS GAZETAS,**
**and OMAR ISAIAS TAVIR GARCIA,**

　　　*Plaintiffs,*

**VS.**　　　　　　　　　　　　　　　**CIVIL ACTION NO. 7:23-cv-00024-HL**

**LASALLE MANAGEMENT COMPANY, LLC**
**d/b/a LASALLE CORRECTIONS, LASALLE**
**CORRECTIONS, LLC, LASALLE**
**SOUTHEAST, LLC, and IRWIN COUNTY**
**DETENTION CENTER, LLC, CGL IRWIN**
**PROPERTIES, LLC, and CGL/LASALLE**
**IRWIN PROPERTIES, LLC**

　　　*Defendants.*

---

**MOTION TO DISMISS ON BEHALF OF CGL/LASALLE IRWIN PROPERTIES, LLC**
**PURSUANT TO RULE 12(b)(6)**

---

**COMES NOW**, Defendant, CGL/LaSalle Irwin Properties, LLC (hereinafter, "CGL/LaSalle"), who files this *Rule 12(b)(6) Motion to Dismiss* the *First Amended Complaint* [Doc. 30] filed by Plaintiffs Nilson Barahona, Nikolas Gazetas, and Omar Isaias Tavir Garcia (collectively, "Plaintiffs"), for failure to assert a claim upon which relief can be granted, and in support thereof, states as follows:

1.　　Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, CGL/LaSalle respectfully moves this Court to dismiss the *First Amended Complaint*.

2.　　In 2000, Congress enacted the Trafficking Victims Protection Act ("TVPA"). Congress explicitly declared that the purpose of the TVPA was "to combat *trafficking in persons*, a contemporary manifestation of *slavery* whose victims are predominantly women and children, to ensure just and effective punishment of *traffickers*, and to protect their victims."

3.      To state a claim for TVPA, the Plaintiffs must have alleged the use of "coercive" means by CGL/LaSalle—that CGL/LaSalle knowingly and intentionally imposed some harmful condition or exhibited some harmful conduct upon them *for the purpose of compelling or coercing* Plaintiffs into *involuntary* work. Additionally, a determination as to whether harm is sufficiently serious is measured by considering whether a reasonable person, experiencing the same circumstances, would be compelled to work to avoid facing the harm. *Id*.

4.      Here, Plaintiffs have failed to allege that CGL/LaSalle did something or threatened something so egregious, that a reasonable person would have been compelled to work for CGL/LaSalle, and that by engaging in the wrongful conduct, CGL/LaSalle intended to obtain the labor of Plaintiffs. Plaintiffs elected to participate in the Voluntary Work Program through CGL/LaSalle. However, there are no allegations that CGL/LaSalle actually operated the detainee center or exercised control of these alleged actions directed to Plaintiffs.

5.      Thus, the Court should dismiss Plaintiffs' TVPA claims as a matter of law because Plaintiffs' *First Amended Complaint* does not allege any facts demonstrating that CGL/LaSalle did *anything* to force the Plaintiffs to work. Furthermore, merely owning a building is not grounds to subject the owner to liability for injuries sustained by invitees.

6.      Survival of Plaintiffs' unjust enrichment claim depends on the viability of their TVPA claim, it should likewise be dismissed to the extent the TVPA claims are dismissed.

7.      In the alternative, Defendant CGL/LaSalle conditionally joins and adopts the *Motion to Dismiss* filed by Defendant LaSalle Southeast and its *Memorandum in Support*.

For all of the reasons set forth herein and explained more thoroughly in the attached *Memorandum in Support*, Defendant CGL/LaSalle Irwin Properties, LLC requests that its Motion to Dismiss be granted and that Plaintiffs' claims be dismissed with prejudice, and at Plaintiffs' costs.

THIS 21st day of July, 2023.

Respectfully submitted,

**CGL/LASALLE IRWIN PROPERTIES, LLC**

By:   /s/ Deirdre C. McGlinchey
　　　　DEIRDRE C. MCGLINCHEY
　　　　One of their Attorneys

OF COUNSEL:

DEIRDRE C. MCGLINCHEY (*Pro Hac Vice*)
Louisiana Bar Roll #24167
MAGDALEN BLESSEY BICKFORD (*Pro Hac Vice*)
Louisiana Bar Roll #17472
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com
Email: mbickford@mcglinchey.com


*and*


JOHN T. ROUSE (GA Bar No. 868514)
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

*Counsel for Defendants LaSalle Management Company, L.L.C.*
*and LaSalle Corrections, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

*/s/ Deirdre C. McGlinchey*
DEIRDRE C. MCGLINCHEY