# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **NILSON BARAHONA, NIKOLAS GAZETAS, and OMAR ISAIAS TAVIRA GARCIA,**<br><br>       Plaintiffs,<br><br>v.<br><br>**LASALLE MANAGEMENT COMPANY, LLC d/b/a LASALLE CORRECTIONS, LASALLE CORRECTIONS, LLC, LASALLE SOUTHEAST, LLC, IRWIN COUNTY DETENTION CENTER, LLC, CGL IRWIN PROPERTIES, LLC AND CGL/LASALLE IRWIN PROPERTIES, LLC,**<br><br>       Defendants. | Civil Action No. 7:23-CV-24 (HL) |

## ORDER

Before the Court is Defendant Irwin County Detention Center's[1] ("IRDC") Motion to Dismiss. (Doc. 38). IRDC contends Plaintiffs' claims arising out of alleged forced labor violations under the Trafficking Victims Protection Act and the Alien Tort Statute as well as Plaintiffs' state law unjust enrichment claim must be dismissed as IRDC is not an entity capable of being sued under Georgia law. Plaintiffs state they do not oppose the relief sought by IRDC. (Doc. 44). Plaintiffs further indicate that the parties consent to a without prejudice dismissal. (Id.).

---

[1] Plaintiffs' First Amended Complaint identifies Defendant IRDC as Irwin County Detention Center, LLC. IRDC maintains that no such entity exists.

The Court accordingly **GRANTS** Defendant IRDC's Motion to Dismiss and dismisses Plaintiffs' claims against IRDC without prejudice.

**SO ORDERED** this 27th day of February, 2024.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**