# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| NILSON BARAHONA, NIKOLAS GAZETAS, and OMAR ISAIAS TAVIRA GARCIA, | :<br>:<br>:<br>:<br>: |
| Plaintiffs, | : |
| v. | :<br>: |
| LASALLE MANAGEMENT CO, LLC. D/B/A LASALLE CORRECTIONS, LASALLE CORRECTIONS LLC, LASALLE SOUTHEST LLEC, IRWIN COUNTY DETENTION CENTER, LLC, CGL IRWIN PROPERTIES, LLC, and CGL/LASALLE IRWIN PROPERTIES, LLC., | :   CASE NO.: 7:23-CV-24 (WLS)<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | :<br>: |

## **ORDER**

Before the Court are Defendants' Motions to Dismiss Amended Complaint (Docs. 36; 37; 38; 39) and Plaintiff's Motion for an Oral Argument (Doc. 49) regarding Defendants' Motions to Dismiss Plaintiff's Amended Complaint.

Upon review of the pending Motions, the Court finds an in-person hearing on the Motions to Dismiss (Docs. 36; 37; 38; 39) is necessary. Therefore, Plaintiff's Motion for an Oral Argument (Doc. 49) regarding the Motions to Dismiss (Docs. 36; 37; 38; 39) is **GRANTED**. Lead Counsel for all Parties shall appear in-person for the hearing on the pending Motions to Dismiss on **Tuesday, June 25, 2024,** at **2 PM** in the **Albany Courthouse**. No telephonic or electronic attendance shall be permitted for this hearing.

**SO ORDERED**, this 16th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1