IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **NILSON BARAHONA,** **NIKOLAS GAZETAS,** and **OMAR ISAIAS TAVIRA GARCIA,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LASALLE MANAGEMENT COMPANY, LLC** d/b/a LASALLE CORRECTIONS, **LASALLE SOUTHEAST, LLC, LASALLE CORRECTIONS, LLC, CGL IRWIN PROPERTIES LLC,** and **CGL/LASALLE IRWIN PROPERTIES LLC**<br><br>**Defendants.** | **CASE NO:** **7:23-cv-24-WLS** |

## ORDER

On June 25, 2024, the Court heard oral arguments on the following motions to dismiss Plaintiffs' operative First Amended Complaint (Doc. 30) ("Amended Complaint"):

1. Motion to Dismiss on Behalf of LaSalle Management Company, L.L.C. and LaSalle Corrections, LLC Pursuant to Rule 12(b)(2) and Rule 12(b)(6) (Doc. 37) ("Management/Corrections MTD");

2. LaSalle Southeast, LLC's Rule 12(b)(6) Motion to Dismiss (Doc. 36) ("LaSalle SE MTD"); and

3. Motion to Dismiss on Behalf of CGL/LaSalle Irwin Properties, LLC Pursuant to Rule 12(b)(6) (Doc. 39) ("CGL LaSalle MTD" and together with the Management/Corrections MTD and LaSalle SE MTD, the "Motions to Dismiss").

LaSalle Management Company, L.L.C. ("Management") and LaSalle Corrections, LLC ("Corrections") first assert that the Court lacks personal jurisdiction over either them. However, in the event the Court determines it has personal jurisdiction over them, Management and Corrections adopt and incorporate the Rule 12(b)(6) arguments set forth in the LaSalle SE MTD.

At the conclusion of the arguments on the jurisdictional issues raised in the Management/Corrections MTD, the Court notified the Parties that it will allow the Plaintiffs sixty (60) days to conduct limited discovery on the jurisdictional issues. Specifically, Plaintiffs will be allowed to take the depositions of three representatives of entities with knowledge of the organizational structure, ownership interests, affiliations, etc. of those entities using, comprising, operating under, or connected with the named Defendants. Plaintiffs may further propound to Management, Corrections and/or any of the named Defendants twelve (12) interrogatories, eight (8) admissions, and eight (8) requests for production. The Parties are expected to work together to schedule and conduct the depositions and complete discovery within the time allowed.

At the conclusion of the arguments on the Rule 12(b)(6) portions of the Motions to Dismiss, the Court took those matters under advisement.

Based on the foregoing, **IT IS HEREBY ORDERED**, that:

1. Plaintiffs shall have until **Monday, August 26, 2024** to conduct the limited discovery in the form described above with respect to the Rule 12(b)(2) jurisdictional arguments raised in the Management/Corrections MTD.

2. On or before **Monday, September 9, 2024**, the Plaintiffs, Management, and Corrections may file supplemental briefs with respect to the Rule 12(b)(2) jurisdictional arguments in the Management/Corrections MTD. No further briefs shall be filed without leave of the Court.

3. The Rule 12(b)(2) portion of the Management/Corrections MTD (Doc. 37) will be taken under advisement as of **September 9, 2024**.

4. The Rule 12(b)(6) portions of the Motions to Dismiss (Docs. 36, 37, 39) are taken under advisement as of **June 25, 2024**.

**SO ORDERED**, this 26th day of June 2024.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**