**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**NILSON BARAHONA, NIKOLAS GAZETAS,**
**and OMAR ISAIAS TAVIR GARCIA,**

    *Plaintiffs,*

**VS.**                                                                 **CIVIL ACTION NO. 7:23-cv-00024-HL**

**LASALLE MANAGEMENT COMPANY, LLC**
**d/b/a LASALLE CORRECTIONS, LASALLE**
**CORRECTIONS, LLC, LASALLE**
**SOUTHEAST, LLC, and IRWIN COUNTY**
**DETENTION CENTER,**

    *Defendants.*

---

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

**COME NOW**, Plaintiffs, Nilson Barahona, Nikolas Gazetas, and Omar Isaias Tavir Garcia, and Defendants LaSalle Management Company, LLC, and LaSalle Corrections, LLC (collectively, the "Parties"), and in accordance with Local Civil Rule 5.4, jointly move the Court for the entry of an agreed Protective Order to limit access to documents and information sought by Plaintiffs as part of the 60-day limited discovery period granted by the Court in order to resolve jurisdictional issues raised in Defendants' Motion to Dismiss. In support thereof, the Parties state as follows:

1.    On July 21, 2023, Defendants filed their Motion to Dismiss Pursuant to Rule 12(b)(2), based on a lack of personal jurisdiction over those Defendants. (Doc. 37.)

2.    Following briefing and oral argument on that Motion, the Court granted Plaintiffs a limited, 60-day discovery period to take depositions and written discovery specifically related to jurisdictional issues. (Doc. 62.)

3.      The Court further instructed the Parties to "work together to schedule and conduct the depositions and complete discovery" by August 26, 2024.

4.      On July 3, 2024, Plaintiffs propounded Requests for Production and Interrogatories on Defendants. Plaintiffs are authorized to take the depositions of three individuals affiliated with Defendants.

5.      The discovery requests made as part of the jurisdictional discovery include requests for documents that contain certain confidential, proprietary business information, which may include contracts with vendors, organizational documents, competitive trade secrets, and other information which is not appropriate for public viewing.

6.      Defendants further anticipate that the topics of depositions that may be taken will include discussion of confidential business information that would be harmful to Defendants if made public.

7.      The entry of this Order will facilitate the flow of discovery while maintaining the confidentiality of the documents and information requested.

WHEREFORE, the Parties respectfully request that this Court grant this Motion for Entry of Agreed Protective Order and enter the agreed Protective Order attached hereto.

THIS, the 26th day of July, 2024.

Respectfully submitted,

**LASALLE MANAGEMENT COMPANY, L.L.C. and LASALLE CORRECTIONS, LLC**

By:   *s/ Deirdre C. McGlinchey*
          Deirdre C. McGlinchey
          One of their Attorneys

**OF COUNSEL:**

DEIRDRE C. MCGLINCHEY (*Pro Hac Vice*)
Louisiana Bar Roll #24167
MAGDALEN BLESSEY BICKFORD (*Pro Hac Vice*)
Louisiana Bar Roll #17472
CAMILLE R. BRYANT (*Pro Hac Vice*)

Louisiana Bar Roll #35063
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com
Email: mbickford@mcglinchey.com
Email: cbryant@mcglinchey.com
Email: kkovach@mcglinchey.com

and

JOHN T. ROUSE (GA Bar No. 868514)
Mississippi Bar No. 105723
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

*Counsel for Defendants LaSalle Management Company, L.L.C.
and LaSalle Corrections, LLC*

**GRANT & EISENHOFER P.A.**

/s/ *Ken Massey*
Ken Massey (*Pro Hac Vice*)
123 Justison Street, 7th Floor
Wilmington, Delaware 19801
Phone (302) 622-7000
kmassey@gelaw.com

**MITCHELL SHAPIRO GREENAMYRE &
FUNT LLP**
Zachary Greenamyre (GA Bar No. 293002)
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Phone (404) 812-4747
zack@mitchellshapiro.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2024, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

THIS, the 26th day of July, 2024.

*s/Deirdre C. McGlinchey*
DEIRDRE C. MCGLINCHEY

4