**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **NILSON BARAHONA,** | : | |
| **NIKOLAS GAZETAS, and** | : | |
| **OMAR ISAIAS TAVIRA GARCIA,** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO:** |
| **v.** | : | **7:23-cv-24-WLS** |
| | : | |
| **LASALLE MANAGEMENT COMPANY, LLC** | : | |
| d/b/a LASALLE CORRECTIONS, | : | |
| **LASALLE SOUTHEAST, LLC,** | : | |
| **LASALLE CORRECTIONS, LLC,** | : | |
| **CGL IRWIN PROPERTIES LLC, and** | : | |
| **CGL/LASALLE IRWIN PROPERTIES LLC** | : | |
| | : | |
| **Defendants.** | : | |

_____

## **ORDER**

Presently before the Court is the Defendants' Ex Parte[1] Motion to Withdraw Counsel of Record (Doc. 67) ("Motion") filed August 28, 2024. Therein, Defendants notify the Court and all parties that as of August 29, 2024, Camille Bryant (Louisiana Bar No. 35063) has withdrawn as counsel of record for Defendants. Deirdre C. McGlinchey and Magdalen Blessey Bickford of the law firm McGlinchey Stafford, PLLC, will remain as counsel of record on behalf of the Defendants. Pursuant to M.D. Ga. L.R. 83.1.4, if co-counsel remains in the case, then the attorney who wishes to withdraw from representation may, without leave of court, withdraw upon filing a notice of withdrawal.

Accordingly, the Motion (Doc. 67) shall be construed as Notice of Ms. Bryant's withdrawal as counsel of record, and the Clerk is **DIRECTED** to treat the Motion as a Notice pursuant to M.D. Ga. L.R. 83.1.4.

---

[1] The Motion is titled "Ex Parte." However, it is not docketed as ex parte, and the body of the Motion reflects that Defendants are notifying the Court and all parties of Ms. Bryant's withdrawal as counsel. Accordingly, the Court has not designated this Order as "Ex Parte."

For the purpose of completing the record, the Motion (Doc. 67) is **DENIED** as **MOOT**.

**SO ORDERED**, this 30th day of August 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**