IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NILSON BARAHONA, NIKOLAS GAZETAS,
and OMAR ISAIAS TAVIR GARCIA,

     *Plaintiffs,*

VS.                                  CIVIL ACTION NO. 7:23-cv-00024-WLS

LASALLE MANAGEMENT COMPANY, LLC
d/b/a LASALLE CORRECTIONS, LASALLE
CORRECTIONS, LLC, LASALLE
SOUTHEAST, LLC, and IRWIN COUNTY
DETENTION CENTER,

     *Defendants.*

## ORDER

By Order (Doc. 62) ("Limited Discovery Order") entered June 26, 2024, the Court permitted the Parties until Monday, August 26, 2024, within which to conduct limited jurisdictional discovery with respect to the arguments raised in the Motion to Dismiss filed on behalf of LaSalle Management Company, L.L.C. ("Management") and LaSalle Corrections, LLC ("Corrections") (Doc. 37) ("Defendants"). Plaintiffs and Defendants were given until September 9, 2024, to file supplemental briefs. On the request of the parties, on August 28, 2024, by Order (Doc. 66), the Court extended this discovery period to September 23, 2024, and the briefing deadline to October 7, 2024.

Before the Court is a Second Joint Motion for Extension of Time For Jurisdictional Discovery and Briefing ("Motion for Extension") (Doc.71). Therein, the Parties request the Court

extend the jurisdictional discovery deadline to October 3, 2024, and the briefing deadline to October 17, 2024.

Having reviewed the Motion for Extension filed by the parties and noting good cause to grant the Motion to Extend, the Motion is hereby **GRANTED**.

It is hereby **ORDERED** that:

1. The deadline to conduct jurisdictional discovery is extended to **Wednesday, October 3, 2024;**

2. The deadline to file supplemental briefs is extended to **Thursday, October 17, 2024;**

3. The Rule 12(b)(2) portion of the Motion to Dismiss (Doc. 37) will be taken under advisement as of **Thursday, October 17, 2024.**

4. The remaining provisions of the Limited Discovery Order (Doc. 62) shall remain in effect.

SO ORDERED this 17th day of August, 2024.

s/ W. Louis Sands
W. LOUIS SANDS, SR., JUDGE
UNITED STATES DISTRICT COURT