**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**NILSON BARAHONA, NIKOLAS GAZETAS, and OMAR ISAIAS TAVIR GARCIA,**

*Plaintiffs,*

**VS.** **CIVIL ACTION NO. 7:23-cv-00024-HL**

**LASALLE MANAGEMENT COMPANY, LLC d/b/a LASALLE CORRECTIONS, LASALLE CORRECTIONS, LLC, LASALLE SOUTHEAST, LLC, and IRWIN COUNTY DETENTION CENTER,**

*Defendants.*

---

## MOTION TO SEAL EXHIBITS

---

**COME NOW**, Defendants, LaSalle Management Company, LLC, and LaSalle Corrections, LLC, and in accordance with Local Civil Rule 5.4(B) and the Protective Order entered in this matter [Doc. 64], move the Court to seal Exhibits 1, 2, and 5 submitted in support of their *Supplemental Memorandum in Support of Motion to Dismiss* [Doc. 74]. These documents confidential and business information that is subject to the parties' agreed confidentiality provisions. The parties also agree that LaSalle Corrections will suffer irreparable harm if the public is allowed to have free access to these documents. They were previously designated as confidential under the terms of the Protective Order entered in for this matter.

**WHEREFORE,** Defendants respectfully request that Exhibits 1, 2, and 5 to their *Supplemental Memorandum in Support of Motion to Dismiss* be sealed in accordance with Local Civil Rule 5.4(B).

THIS, the 17th day of October, 2024.

Respectfully submitted,

**LASALLE MANAGEMENT COMPANY, L.L.C. and LASALLE CORRECTIONS, LLC**

*By: s/ Magdalen B. Bickford*
Magdalen B. Bickford
One of their Attorneys

**OF COUNSEL:**

DEIRDRE C. MCGLINCHEY (*Pro Hac Vice*)
Louisiana Bar Roll #24167
MAGDALEN BLESSEY BICKFORD (*Pro Hac Vice*)
Louisiana Bar Roll #17472
ANDREW M. ALBRITTON (*Pro Hac Vice)*
Louisiana Bar Roll #39780
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com
Email: mbickford@mcglinchey.com
Email: cbryant@mcglinchey.com
Email: kkovach@mcglinchey.com

and

JOHN T. ROUSE (GA Bar No. 868514)
Mississippi Bar No. 105723
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

*Counsel for Defendants LaSalle Management Company, L.L.C. and LaSalle Corrections, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2024, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

THIS, the 17th day of October, 2024.

*s/Andrew M. Albritton*
ANDREW M. ALBRITTON