IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **NILSON BARAHONA,** *et. al.*,<br><br>        **Plaintiffs,**<br><br>v.<br><br>**LASALLE MANAGEMENT COMPANY, L.L.C.,** d/b/a LASALLE CORRECTIONS,<br>**LASALLE SOUTHEAST, LLC,**<br>**LASALLE CORRECTIONS, LLC,**<br>**CGL IRWIN PROPERTIES, LLC, and**<br>**CGL/LASALLE IRWIN PROPERTIES, LLC**<br><br>        **Defendants.** | **CASE NO:**<br>**7:23-cv-24-WLS** |

## **ORDER**

Before the Court is the Motion to Seal Exhibits (Doc. 75) ("Motion") filed October 17, 2024, on behalf of Defendants LaSalle Management Company, LLC, and LaSalle Corrections, LLC ("Defendants"). Therein, Defendants request they be allowed to file under seal Exhibits 1, 2, and 5 to their Supplemental Memorandum in Support of Motion to Dismiss (Doc. 74).

For this matter to be resolved expeditiously, the Court finds that shortening the time to respond to the Motion is warranted.

Accordingly, it is hereby **ORDERED**:

1. On or before close of business on **Wednesday, October 30, 2024**, Plaintiffs shall file their response to the Motion (Doc. 75).

2. Except upon a request by the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the Motion.

**SO ORDERED**, this 21st day of October 2024.

                                             /s/ W. Louis Sands
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**

1