IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **NILSON BARAHONA,** *et. al.,*<br><br>             **Plaintiffs,**<br><br>     v.<br><br>**LASALLE MANAGEMENT COMPANY, L.L.C.,** d/b/a LASALLE CORRECTIONS**,**<br>**LASALLE SOUTHEAST, LLC,**<br>**LASALLE CORRECTIONS, LLC,**<br>**CGL IRWIN PROPERTIES, LLC, and**<br>**CGL/LASALLE IRWIN PROPERTIES, LLC**<br><br>             **Defendants.**<br>_____ | **CASE NO:**<br>**7:23-cv-24-WLS** |

## **ORDER**

Before the Court is the Motion to Seal Exhibits (Doc. 75) ("Motion to Seal") filed on behalf of Defendants LaSalle Management Company, LLC, dba LaSalle Corrections and LaSalle Corrections, LLC (collectively, "Moving Defendants"). In the Motion to Seal, Moving Defendants request they be allowed to file under seal Exhibits 1, 2, and 5 (collectively the "Exhibits") to their Supplemental Memorandum in Support of Motion to Dismiss (Doc. 74). Plaintiffs filed a response indicating they do not oppose the Motion to Seal (Doc. 78).

The Court has reviewed the Motion to Seal and finds that such motion should be granted, subject to later review and reconsideration in that, strictly speaking, the requirements of sealing may not have been met because some documents may already be publicly available, and/or partial sealing or redaction of confidential information may be a less onerous alternative to sealing the Exhibits in their entirety. The Court may always reconsider whether the seal should remain in place. *See* M.D. Ga. L.R. 5.4(C) ("The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record.").

Accordingly, the Motion to Seal (Doc. 78) is **GRANTED**, subject to later review and reconsideration as noted above. The Clerk's Office is **DIRECTED** to docket the Moving

Defendants' Exhibits, sent via email to the Clerk's Office, under seal, with access made available only to the Court and Parties' counsel in this case until further order of this Court.

**SO ORDERED**, this 7th day of February 2025.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**