**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

NILSON BARAHONA,                                    :
NIKOLAS GAZETAS, and                                :
OMAR ISAIAS TAVIRA GARCIA,                          :
                                                    :
        **Plaintiffs,**                             :        **CASE NO:**
    v.                                              :        **7:23-cv-24-WLS**
                                                    :
LASALLE MANAGEMENT COMPANY, LLC                     :
d/b/a LASALLE CORRECTIONS,                          :
LASALLE SOUTHEAST, LLC,                             :
CGL IRWIN PROPERTIES LLC, and                       :
CGL/LASALLE IRWIN PROPERTIES LLC                    :
                                                    :
        **Defendants.**                             :
_____         :

## **ORDER**

Presently before the Court is the Defendants' Ex Parte[1] Motion to Withdraw Counsel of Record (Doc. 85) ("Motion") filed April 30, 2025. Therein, Defendants notify the Court and all parties that Deirdre C. McGlinchey, Magdalen Blessey Bickford, Andrew M. Albritton, and John T. Rouse (collectively, "Counsel") of the law firm McGlinchey Stafford, PLLC, wish to withdraw as counsel for Defendant CGL Irwin Properties, LLC. Counsel represent that due to a clerical error they were inadvertently listed as counsel for CGL Irwin Properties, LLC when filing an answer on behalf of Defendants LaSalle Management Company, LLC, LaSalle Southeast LLC, and CGL/LaSalle Irwin Properties, LLC. Counsel further represent that CGL Irwin Properties, LLC, was provided with written notice of their intended withdrawal on April 23, 2025, and has consented to their withdrawal. Finally, Counsel represent that, to their knowledge, CGL Irwin Properties, LLC, has not been served with process in this matter, and that Plaintiffs' counsel was provided with notice of this Motion and have no objection to its filing.

---

[1] The Motion is titled "Ex Parte." However, it is not docketed as ex parte, and the body of the Motion reflects that Defendants are notifying the Court and all parties of counsels' withdrawal. Accordingly, the Court has not designated this Order as "Ex Parte."

The Court notes that Defendant CGL Irwin Properties, LLC, a limited liability company, will be left without an attorney upon the withdrawal of Counsel, and may not proceed *pro se*. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) (corporations, partnerships, associations, and artificial entities may only appear in federal courts through a licensed attorney). The Court's review of the Record reflects that on June 20, 2023, a Summons (Doc. 31-1) was issued to serve CGL Irwin Properties, LLC, via its Registered Agent. However, evidence that such Summons was executed has not been filed.

Based on the foregoing, the Court finds that Counsel have complied with the requirements of Middle District of Georgia Local Rule 83.1.4. For good cause shown, the Motion (Doc. 85) is **GRANTED** and Deirdre C. McGlinchey, Magdalen Blessey Bickford, Andrew M. Albritton, and John T. Rouse of the law firm McGlinchey Stafford, PLLC, are permitted to withdraw as counsel for CGL Irwin Properties, LLC.[2]

**SO ORDERED**, this 1st day of May 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] Deirdre C. McGlinchey, Magdalen Blessey Bickford, Andrew M. Albritton, and John T. Rouse will remain as counsel of record on behalf of the Defendants LaSalle Management Company, LLC, LaSalle Southeast LLC, and CGL/LaSalle Irwin Properties, LLC.

2