IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **NILSON BARAHONA,** **NIKOLAS GAZETAS,** and **OMAR ISAIAS TAVIRA GARCIA,** **Plaintiffs,** v. **LASALLE MANAGEMENT COMPANY, LLC** d/b/a LASALLE CORRECTIONS, **LASALLE SOUTHEAST, LLC,** **CGL IRWIN PROPERTIES LLC,** and **CGL/LASALLE IRWIN PROPERTIES LLC** **Defendants.** | **CASE NO:** **7:23-cv-24-WLS** |

## **ORDER**

Plaintiffs filed their Complaint in this matter on March 10, 2023, and filed their First Amended Complaint (Doc. 30) ("Amended Complaint") in which they added CGL Irwin Properties, LLC, as a Defendant on June 16, 2023. The docket reflects that a Summons was issued for Defendant CGL Irwin Properties, LLC, on June 20, 2023 (Doc. 31-1).

Federal Rule of Civil Procedure 4(m) provides that:

If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The deadline to serve CGL Irwin Properties, LLC was Monday, September 18, 2023. To date, Plaintiffs have not filed a notice that service of process has been properly executed on CGL Irwin Properties, LLC, or that service was waived.

Accordingly, the Court **ORDERS** Plaintiffs to file evidence of returned Summons executed or waived and/or show cause no later than **Thursday, May 8, 2025**, why the Amended Complaint should not be dismissed as to CGL Irwin Properties, LLC, for failure to serve such Defendant. Plaintiffs are hereby noticed that failure to respond to or comply with

1

this Order may subject this case to dismissal as to CGL Irwin Properties, LLC, without prejudice, without further notice or proceeding.

**SO ORDERED**, this 1st day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**