IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ZAKOYA WEATHERSPOON, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-144 (WLS) |
| | * |
| PRUITTHEALTH PHARMACY SERVICES – VALDOSTA INC., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 1, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of May, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk