IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **NILSON BARAHONA,** **NIKOLAS GAZETAS,** and **OMAR ISAIAS TAVIRA GARCIA,** Plaintiffs, v. **LASALLE MANAGEMENT COMPANY, LLC** d/b/a LASALLE CORRECTIONS, **LASALLE SOUTHEAST, LLC,** **CGL IRWIN PROPERTIES LLC,** and **CGL/LASALLE IRWIN PROPERTIES LLC,** Defendants. | CASE NO: 7:23-cv-24-WLS |

## ORDER

By Order (Doc. 87) dated May 1, 2025, Plaintiffs were ordered to show cause as to why their First Amended Complaint (Doc. 30) ("Amended Complaint") filed June 16, 2023, should not be dismissed as to Defendant CGL Irwin Properties, LLC, for Plaintiffs' failure to provide the Court with evidence that service of process has been properly executed on CGL Irwin Properties, LLC. Plaintiffs' Response to the Order of May 1, 2025 (Doc. 89) ("Response") was timely filed. Therein, Plaintiffs state that due to the similarity of some of the Defendants' names, they did not realize CGL Irwin Properties, LLC, had not filed a motion to dismiss at the time other Defendants filed their motions to dismiss. Plaintiffs further state they reasonably believed that CGL Irwin Properties, LLC, waived service of process because the answer to the Amended Complaint (Doc. 82) filed April 14, 2025, reflected that such answer was filed on behalf of several Defendants, including CGL Irwin Properties, LLC. Finally, Plaintiffs note that granting them extra time to serve CGL Irwin Properties, LLC, will not prejudice the parties because discovery has not yet commenced.

Plaintiffs request a twenty-one day extension of the time to serve the Summons and Amended Complaint on CGL Irwin Properties, LLC.

1

Pursuant to Federal Rule of Civil Procedure 4(m), "if the plaintiff shows good cause for the failure [to timely serve defendant], the court must extend the time for service for an appropriate period." Upon full review and consideration of the record, the Court finds that Plaintiffs have shown good cause for their failure to serve CGL Irwin Properties, LLC.

Accordingly, Plaintiffs are **ORDERED** to serve process on Defendant CGL Irwin Properties, LLC, within twenty-one (21) days of entry of this Order, or by **Tuesday, June 3, 2025**. Thereafter, Plaintiffs shall promptly file evidence of such service. Failure to comply with this Order may result in dismissal, without prejudice, of the Amended Complaint as to CGL Irwin Properties, LLC, without further notice or proceeding

**SO ORDERED**, this 13th day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**