IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NILSON BARAHONA, NIKOLAS GAZETAS, and OMAR ISAIAS TAVIRA GARCIA, )<br><br>Plaintiffs, )<br><br>v. )<br><br>LASALLE MANAGEMENT COMPANY, LLC d/b/a LASALLE CORRECTIONS, LASALLE CORRECTIONS, LLC, LASALLE SOUTHEAST, LLC, IRWIN COUNTY DETENTION CENTER, LLC, CGL IRWIN PROPERTIES, LLC, and CGL/LASALLE IRWIN PROPERTIES LLC, )<br><br>Defendants. ) | CASE NO. 7:23-CV-00024-WLS |

## STIPULATION EXTENDING TIME TO ANSWER

Pursuant to Local Rule 6 of the U.S. Dist. Ct. Rules M.D. Ga., it is hereby stipulated and agreed that the time within which Defendant CGL Irwin Properties, LLC ("Defendant") is required to Answer or otherwise respond to Plaintiffs' First Amended Complaint in the above-styled case is extended by thirty (30) days from the original deadline of June 20, 2025, through and including July 21, 2025. Defendant shall serve and file its Answer or other responsive pleading to Plaintiffs' First Amended Complaint on or before Monday, July 21, 2025, and the Parties hereby stipulate that any Answer or responsive pleading filed and served by Defendant in the above-styled action on or before such date shall be deemed timely. All defenses which might or could have been raised within the original time to answer are preserved by this extension.

(Signatures on following page)

Respectfully submitted, this 10th day of June, 2025.

/s/ Ken S. Massey (w/expressed permission)
Ken S. Massey
*Pro Hac Vice*
kmassey@gelaw.com
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, Delaware 19801
Telephone: (302) 622-7500

/s/ Tashwanda Pinchback Dixon
Tashwanda Pinchback Dixon
Georgia Bar No. 771362
tpinchback@balch.com
Brittany Fuss
Georgia Bar No. 627292
bfuss@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308-3036
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Walter Boone
*Pro Hac Vice application pending
wboone@balch.com
Jennifer Skipper
*Pro Hac Vice application pending
jskipper@balch.com
Kye C. Handy
*Pro Hac Vice application pending
khandy@balch.com
**BALCH & BINGHAM LLP**
188 East Capitol Street, Suite 700
Jackson, MS 39201-2133
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

*Attorneys for Defendant CGL Irwin Properties, LLC*

**SO ORDERED** this 11th day of June, 2025

W. Louis Sands, Sr. Judge
United States District Court

2