**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

NILSON BARAHONA,                                      :
NIKOLAS GAZETAS, and                                 :
OMAR ISAIAS TAVIRA GARCIA,                           :
                                                      :
     **Plaintiffs,**                                 :        **CASE NO:**
    v.                                             :        **7:23-cv-24-WLS**
                                                      :
**LASALLE MANAGEMENT COMPANY, LLC**                   :
d/b/a LASALLE CORRECTIONS,                            :
**LASALLE SOUTHEAST, LLC,**                           :
**CGL IRWIN PROPERTIES LLC, and**                     :
**CGL/LASALLE IRWIN PROPERTIES LLC**                  :
                                                      :
     **Defendants.**                                 :
_____

## ORDER

Before the Court is a Motion to Withdraw and Substitute Counsel of Record (Doc. 108) ("Motion") filed on behalf of Defendants LaSalle Management Company, LLC, LaSalle Corrections, LLC, LaSalle Southeast LLC, Irwin County Detention Center, LLC, CGL/LaSalle Irwin Properties, LLC (together the "LaSalle" Defendants). Therein, the LaSalle Defendants move to substitute Justin Sauls of the law firm of McGlinchey Stafford, PLLC, in place of John T. Rouse, previously of the same firm. The LaSalle Defendants are also currently represented by, and will continue to be represented by, Andrew Albritton, Deirdre McGlinchey, and Magdalen Bickford, all of McGlinchey Stafford, PLLC.

Pursuant to Middle District of Georgia Local Rule 83.1.4 "If co-counsel remains in the case, or if substitute counsel enters an appearance prior to, or contemporaneous with the withdrawal, then the attorney who wishes to withdraw as counsel for a party continuing to be represented may, and without leave of the court, withdraw from representing a party upon filing a notice of withdrawal." Under the Local Rule, a motion is not required.

1

Accordingly, the Clerk is **DIRECTED** to treat the Motion (Doc. 108) as the Notice required under M.D. Ga. L.R. 83.1.4. Further, the Motion (Doc. 108) is **DENIED AS MOOT WITHOUT PREJUDICE**.

**SO ORDERED**, this 10th day of July 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**