**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **NILSON BARAHONA,** | : | |
| **NIKOLAS GAZETAS, and** | : | |
| **OMAR ISAIAS TAVIRA GARCIA,** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO:** |
| **v.** | : | **7:23-cv-24–WLS** |
| | : | |
| **LASALLE MANAGEMENT COMPANY, LLC** | : | |
| d/b/a LASALLE CORRECTIONS, | : | |
| **LASALLE SOUTHEAST, LLC,** | : | |
| **CGL IRWIN PROPERTIES LLC, and** | : | |
| **CGL/LASALLE IRWIN PROPERTIES LLC,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Before the Court is a Motion to Stay CGL Irwin Initial Disclosures and Discovery (Doc. 111) ("Motion to Stay"). Therein, CGL Irwin Properties, LLC ("CGL Irwin") moves to stay discovery pending resolution of CGL Irwin's Motion to Dismiss Plaintiffs' Complaint (Doc. 110) ("Motion to Dismiss"). The Motion to Stay was filed July 29, 2025. Neither Plaintiffs nor any Co-Defendant filed a response to the Motion to Stay.

The Court having fully reviewed the Motion to Stay, finds that good cause has been shown, and that the Motion to Stay (Doc. 111) should be, and hereby is, **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that:

1.     The deadline for CGL Irwin to serve Initial Disclosures and any associated documents is extended to twenty-one (21) days following filing of the Court's ruling on CGL Irwin's Motion to Dismiss; and

2.     Discovery in this case is stayed pending further Order of this Court; and

3.     During the time formal discovery is stayed, the Parties may engage in any informal discovery to which they may agree. However, the Court will not entertain any motions related to such informal discovery.

**SO ORDERED**, this 3rd day of September 2025.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1