**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **NILSON BARAHONA,** | : | |
| **NIKOLAS GAZETAS, and** | : | |
| **OMAR ISAIAS TAVIRA GARCIA,** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO:** |
| **v.** | : | **7:23-cv-24—WLS** |
| | : | |
| **LASALLE MANAGEMENT COMPANY, LLC** | : | |
| d/b/a LASALLE CORRECTIONS, | : | |
| **LASALLE SOUTHEAST, LLC,** | : | |
| **CGL IRWIN PROPERTIES LLC, and** | : | |
| **CGL/LASALLE IRWIN PROPERTIES LLC,** | : | |
| | : | |
| **Defendants.** | : | |

_____

## ORDER

Before the Court is a Joint Motion to Modify Discovery/Scheduling Order (Doc. 119) ("Motion"). Therein, the Plaintiffs and all Defendants jointly request that the Court extend the close of fact discovery to November 16, **2026**, and adjust accordingly all other deadlines set in the Discovery/Scheduling Order (Doc. 91) ("Scheduling Order") entered May 22, 2025. The current discovery deadline per the Scheduling Order is May 15, 2026, with dispositive motions due by June 15, 2026. (*See* Doc. 91 ¶¶ 3, 7). Pursuant to the Court's Order (Doc. 115) entered September 3, 2025, discovery in this case has been stayed pending resolution of Defendant CGL Irwin Properties LLC's motion to dismiss (Doc. 110). That Order states that during the time formal discovery is stayed, the Parties may engage in any informal discovery to which they may agree, but the Court will not entertain any motions related to such informal discovery. Therefore, the Court finds that the Motion is premature.

Accordingly, the Joint Motion to Modify Discovery/Scheduling Order (Doc. 119) is **DENIED WITHOUT PREJUDICE** pending resolution of Defendant's motion to dismiss.

**SO ORDERED**, this 23rd day of December 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1