IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NILSON BARAHONA, <br> NIKOLAS GAZETAS, and <br> OMAR ISAIAS TAVIRA GARCIA, <br><br> **Plaintiffs,** <br> v. <br><br> LASALLE MANAGEMENT COMPANY, LLC <br> d/b/a LASALLE CORRECTIONS, <br> LASALLE SOUTHEAST, LLC, <br> CGL IRWIN PROPERTIES LLC, and <br> CGL/LASALLE IRWIN PROPERTIES LLC, <br><br> **Defendants.** | **CASE NO:** <br> **7:23-cv-24–WLS** |

## ORDER

Before the Court is a Joint Motion to Adjourn Deadline for Motion for Class Certifications (Doc. 123) ("Motion to Adjourn"). Therein the Parties request the Court adjourn the February 13, 2026 deadline for filing Plaintiffs' motion for class certification, as set in the May 22, 2025 Discovery/Scheduling Order (Doc. 91). The Court previously stayed discovery in this case pending resolution of CGL Irwin's Motion to Dismiss Plaintiffs' Complaint (Doc. 110) and further order of the Court. (Doc. 115). Now having fully reviewed the Motion to Adjourn, the Court finds that good cause has been shown to adjourn the deadline by which Plaintiffs must file a motion for class certification.

Accordingly, the Joint Motion to Adjourn Deadline for Motion for Class Certifications (Doc. 123) is **GRANTED**. New deadlines will be determined, if necessary, with input from counsel.

**SO ORDERED**, this 14th day of January 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**