**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

NILSON BARAHONA,                           :
NIKOLAS GAZETAS, and                       :
OMAR ISAIAS TAVIRA GARCIA,                 :
                                           :
    Plaintiffs,                            :        **CASE NO:**
    v.                                     :        **7:23-cv-24–WLS**
                                           :
LASALLE MANAGEMENT COMPANY, LLC            :
d/b/a LASALLE CORRECTIONS,                 :
LASALLE SOUTHEAST, LLC,                    :
CGL IRWIN PROPERTIES LLC, and              :
CGL/LASALLE IRWIN PROPERTIES LLC,          :
                                           :
    Defendants.                            :
                                           :

## ORDER

By Order (Doc. 115) entered September 3, 2025 the Court stayed discovery in this case pending resolution of Defendant CGL Irwin Properties, LLC's Motion to Dismiss Plaintiffs' Complaint (Doc. 110) ("Motion to Dismiss"), and by Order (Doc. 124) entered January 14, 2026, the Court adjourned the deadline by which Plaintiffs must file a motion for class certification. Finally, by Order (Doc. 125) entered March 20, 2026, the Court denied the Motion to Dismiss. As such, the Court finds it is appropriate to lift the stay of discovery in this matter and to reschedule the discovery and related deadlines in this matter.

Accordingly, **IT IS HEREBY ORDERED** that:

1.      The discovery stay in this matter is lifted.

2.      On or before close of business on **Friday, April 3, 2026**, the Parties shall confer and present to the Court, in writing, proposed revisions to the discovery and related dates set forth in the Court's Discovery/Scheduling Order (Doc. 91), including a revised deadline for Plaintiffs' motion for class certification.

**SO ORDERED**, this 23rd day of March 2026.


                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**

1