UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NILSON BARAHONA, NIKOLAS
GAZETAS, and OMAR ISAIAS TAVIRA
GARCIA,

     *Plaintiffs,*

VS.

                                               CIVIL ACTION NO. 7:23-cv-00024-HL

LASALLE MANAGEMENT COMPANY,
LLC d/b/a LASALLE CORRECTIONS,
LASALLE CORRECTIONS, LLC,
LASALLE SOUTHEAST, LLC, and
IRWIN COUNTY DETENTION
CENTER, LLC, CGL IRWIN
PROPERTIES, LLC, and
CGL/LASALLE IRWIN PROPERTIES,
LLC,

     *Defendants.*

---

## ORDER

---

Considering the Unopposed Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Amended Complaint;

IT IS HEREBY ORDERED that CGL Irwin Properties, LLC is granted an extension to Monday, April 13, 2026 in which to file its Answer.

SO ORDERED this 3rd day of April, 2026.

W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT